# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152562(81)(82)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

DAVID ROARK,
        Defendant-Appellee.

SC: 152562
COA: 316467
Wayne CC: 08-009312-FC

_____/

On order of the Chief Justice, the motions for immediate consideration and to waive fees are GRANTED. The motion of Shokelle McKay for leave to file an amicus curiae brief in this case is DENIED without prejudice to submitting a proposed amicus brief and refiling a motion to file the brief at that time.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2016                

Clerk